IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-1810-RBJ-KMT

PAUL ISAAC POLLARD,

    Plaintiff,

v.

TOM CLEMENTS, in his official capacity as Executive Director of the Colorado Department of Corrections,
LIEUTENANT R. STEINBECK, in his official capacity as chair of the Administrative Review Board, at the Arkansas Valley Correctional Facility,
HENRY YBARRA, in his official capacity as a Social Worker and as a member of the Administrative Review Board at the Arkansas Valley Correctional Facility,
LIEUTENANT MOLLY MARTINEZ, in her official capacity as a member of the Administrative Review Board, at the Arkansas Valley Correctional Facility,

    Defendants.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **three-day trial to the Court** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A702, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **August 13, 2012 at 9:00 a.m.**

A Trial Preparation Conference is set for **July 27, 2012 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: instructions, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 1st day of Novmeber, 2011.

BY THE COURT:

*[signature: Brooke Jackson]*

_____

R. Brooke Jackson
United States District Judge